FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy          DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUILLERMO RODRIGUEZ, | Case No. CV 12-06056 CAS (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| BRUNO STOLC, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: August 9, 2012

Christina A. Snyder
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY